U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUL 22  PH 3: 17

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

BETH MCKEE,                              )
    Plaintiff                          )          Civil Action No. 2:19-cv-00114
                                       )
    v.                                 )
                                       )
ALEX M. AZAR II, SECRETARY OF            )
HEALTH AND HUMAN SERVICES,               )
    Defendant                          )

## ORDER GRANTING JOINT STIPULATED DISMISSAL

This action is hereby dismissed with prejudice under Federal Rule of Civil Procedure

41(a)(1)(A)(ii) pursuant to the Stipulation for Compromise Settlement and Release of Claims

filed on July 21, 2020 and Joint Stipulated Dismissal filed on July 22, 2020.

SO ORDERED.

Dated  7/22/20

_____
CHRISTINA REISS
United States District Court Judge

1